Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

### for the

### District of Nebraska



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC -6   AM 10: 42

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:**    **Jesus Marmolejo**    **Docket Number: 4:97CR3007**

**Sentencing Judge:**    **The Honorable Richard G. Kopf**
**United States District Judge**

**Date of Original Sentence:**  **September 11, 1997**

**Original Offense:**    **Count I: Bank Robbery; 18 U.S.C. 2113**
**Count II:  Use of Firearm During Crime of Violence**
**18 U.S.C. 924 (c)(1)**

**Original Sentence:**    **Count I: 33 months custody; Count II 60 months custody,**
**consecutive.   36 months supervised release on both counts,**
**concurrent.**

**Type of Supervision:**    **Supervised Release**

**Date Supervision Commenced: December 19, 2003**

---

## PETITIONING THE COURT

___    To extend the term of supervision for _____, for a total term of _____
.

_X_    To modify the conditions of supervision as follows:

The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period not to exceed 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 U.S.S.G. 3563(b)(11).  The offender shall pay the cost of confinement as determined by the Bureau of Prisons.  Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

### CAUSE

Public law placement at a community corrections center will help Mr. Marmolejo live a drug free lifestyle, while allowing him to continue employment and counseling.  Further, such placement will allow the probation office to closely monitor Mr. Marmolejo's efforts towards these goals.

**MARMOLEJO, Jesus**
**November 16, 2005**
**Modifying the Conditions or Term of Supervision**

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

Date: November 16, 2005

THE COURT ORDERS

_____ No Action

_____ The Extension of Supervision as noted above

__X__ The Modification of Conditions as noted above

_____ Other

The Honorable Richard G. Kopf
U.S. District Judge

12/5/05
Date

Prob 49

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period not to exceed 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

Witness: _____
         United States Probation Officer

Signed: _____
        Probationer or Supervised Releasee

Dated: _____11/15/05_____

Rev. 7/08
PROB49.MRG